UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NOEMI IRIZARRY, O/BO/ A.A. A MINOR, ) | CASE NO.1:12CV3081 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| Vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | ORDER |
| Defendant. ) | |

<u>**CHRISTOPHER A. BOYKO, J:**</u>

     This matter is before the Court on Magistrate Judge James R. Knepp II's Report and Recommendation granting Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act.(ECF #26).  Defendant has not filed an objection to the Report and Recommendation.

     F<small>ED</small>. R. C<small>IV</small>.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Defendant has failed to timely file any such objections.  Therefore, the Court must assume

1

that Defendant is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts the Report and Recommendation of the Magistrate Judge, grants Plaintiff's Motion and authorizes payment of $8,748.60.  The award should be made payable to Plaintiff after the agency determines there is no debt offset.

IT IS SO ORDERED.

Date: 1/21/2015

s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge